MORALES, PETITIONER *v.* DISTRICT COURT OF HUMACAO, RESPONDENT.

PETITION for a Writ of Certiorari to the District Court of Humacao in a Proceeding for Designation of Heirs.

No. 346.—Decided March 14, 1922.

CERTIORARI.—When the petition does not allege errors of procedure, but only the erroneous consideration and disposition of the averments in the pleadings, the writ of certiorari should be denied.

ID.—The fact that before the disposition of the appeal noted prescription might run against a new action that the petitioner might want to bring is not a sufficient ground for a writ of certiorari, for this is a risk that every litigant runs and there are ways of protecting oneself.

The facts are stated in the opinion.

*Mr. A. Mena* for the petitioner.

The respondent did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

We do not find any error of procedure set forth in the petition, but rather alleged erroneous consideration and disposition of the averments of the pleadings. Even if we were in doubt, we should not issue the certiorari, because we are convinced that the matters complained of may be successfully reached on appeal.

The petitioner says that although an appeal has been noted, before the disposition of the appeal prescription might run against a new action that he might want to bring, but such a reason is hardly persuasive for this court, as this is a risk that every litigant runs and there are ways of protecting oneself. If, however, there is anything in such a

position and the case is really extraordinary, the petitioner might pray the court to advance the case on the calendar, or at the hearing draw attention to the probable running of the period of prescription.

The petition is

*Denied.*

Chief Justice Del Toro and Justices Aldrey and Hutchison concurred.